

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Timothy Eric Andrade,

Vs. No. 11-14-00130-CR

The State of Texas,

* From the 70th District
  Court of Ector County,
  Trial Court No. A-40,862.

* August 21, 2014

* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has considered Timothy Eric Andrade's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.